SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER FURMAN, | ) |
|           Plaintiff, | ) No. C 07-3786 JF |
| v. | ) |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director; U.S. Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT S. MUELLER, III, Director, | ) **ANSWER** |
|           Defendants. | ) |

The Defendants hereby submit their answer to Plaintiff's Petition for Hearing on Naturalization Application Pursuant to 8 U.S.C. § 1447(b).

1. Paragraph One consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, the Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph One.

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven.

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendant denies that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit that Plaintiff was interviewed on April 11, 2005.

11. Defendants admit the allegations in Paragraph Eleven with the exception that it was the interview that was conducted.

12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve.

13. Paragraph Thirteen consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

14. Paragraph Fourteen consists of Plaintiff's conclusion of law for which no answer is required.

15. Paragraph Fifteen consists of Plaintiff's conclusion of law for which no answer is required.

The remaining paragraph consist of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

The Court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendants are processing the application referred to in the Petition to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, defendants pray for relief as follows:

That judgment be entered for defendants and against plaintiff, dismissing plaintiff's Petition with prejudice or remanding the matter to the agency pursuant to 8 U.S.C. § 1447(b); that plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: September 28, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants