**E-filed 10/10/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12  ALEXANDER FURMAN,                    )
                                         )  No. C 07-3786 JF
13         Plaintiff,                    )
                                         )
14         v.                            )
                                         )  **PARTIES' JOINT REQUEST TO BE**
15  Department of Homeland Security,     )  **EXEMPT FROM FORMAL ADR**
    MICHAEL CHERTOFF, Secretary;         )  **PROCESS**
16  United States Citizenship and Immigration )
    Services, EMILIO T. GONZALEZ, Director; )
17  United States Citizenship and Immigration )
    Services, ROSEMARY MELVILLE, District )
18  Director; U.S. Attorney General, ALBERTO )
    GONZALES; Federal Bureau of Investigation, )
19  ROBERT S. MUELLER, III, Director,    )
                                         )
20         Defendants.                   )
                                         )
21

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25  options provided by the court and private entities, and considered whether this case might benefit

26  from any of them. Here, the parties agree that referral to a formal ADR process will not be

27  beneficial because this action is limited to plaintiff's request that this Court compel defendants to

28  adjudicate the application for naturalization. Defendants have already requested the FBI expedite

Parties' Request to be Exempt from ADR Process
C07-3786 JF                                        1

the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 5, 2007                     Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                                   /s/
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Dated: October 5, 2007                             /s/
                                           MONICA KANE
                                           Attorney for Plaintiff

### ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:   10/10/07

                                           JEREMY FOGEL
                                           United States District Judge

Parties' Request to be Exempt from ADR Process
C07-3786 JF                                                        2